UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT PRESTON, JR., 326915,   ) | |
| ) | |
| Petitioner,   ) | |
| ) | CIVIL ACTION NO. |
| VS.   ) | |
| ) | 3:12-CV-1995-G (BF) |
| WILLIAM STEPHENS, Director, Texas   ) | |
| Department of Criminal Justice,   ) | |
| Correctional Institutions Division,   ) | |
| ) | |
| Respondent.   ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE
JUDGE, DENYING CERTIFICATE OF APPEALABILITY,
AND DENYING REQUEST FOR HEARING**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Petitioner filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings,

and 28 U.S.C. § 2253(c), the court **DENIES** a certificate of appealability.  The court

adopts and incorporates by reference its memorandum order filed in this case in

support of its finding that the petitioner has failed to show (1) that reasonable jurists

would find this court's "assessment of the constitutional claims debatable or wrong,"

or (2) that reasonable jurists would find "it debatable whether the petition states a

valid claim of the denial of a constitutional right" and "debatable whether [this

Court] was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484

(2000).[*]

---

[*]        Rule 11 of the Rules Governing §§ 2254 and 2255 Cases, as amended
effective on December 1, 2009, reads as follows:

> **(a) Certificate of Appealability.**  The
> district court must issue or deny a certificate
> of appealability when it enters a final order
> adverse to the applicant.  Before entering the
> final order, the court may direct the parties to
> submit arguments on whether a certificate
> should issue.  If the court issues a certificate,
> the court must state the specific issue or
> issues that satisfy the showing required by 28
> U.S.C. § 2253(c)(2).  If the court denies a
> certificate, the parties may not appeal the
> denial but may seek a certificate from the
> court of appeals under Federal Rule of
> Appellate Procedure 22.  A motion to
> reconsider a denial does not extend the time
> to appeal.
>
> **(b) Time to Appeal.**  Federal Rule of
> Appellate Procedure 4(a) governs the time to

(continued...)

- 2 -

Furthermore, the petitioner's request for a hearing (docket entry 29) is

**DENIED**.

In the event the petitioner files a notice of appeal, the court notes that

(**X**)     the petitioner will proceed *in forma pauperis* on appeal.

(  )     the petitioner will need to pay the $505.00 appellate filing
        fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED**.

March 11, 2014.

*A. Joe Fish*
_____

**A. JOE FISH**
**Senior United States District Judge**

---

[*](...continued)

        appeal an order entered under these rules.  A
        timely notice of appeal must be filed even if
        the district court issues a certificate of
        appealability.